**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Gildardo Rodriguez
                                              Plaintiff,

v.                                                                               Case No.: 1:08−cv−07237
                                                                              Honorable Ruben Castillo

Sheriff of Cook County, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2009:

      MINUTE entry before the Honorable Ruben Castillo:Second settlement conference held in chambers on 7/22/2009. The Court concludes that this case cannot settle at this time. Plaintiff is free to proceed with class and individual discovery. Any motion for class certification must be filed by 9/22/2009. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.